DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

K.B.,

Appellant,

v.

N.G.,

Appellee.

No. 2D2023-2198

_____

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pasco County; Alicia Polk, Judge.

K.B., pro se.

Jack D. Hoogewind of Manor Place, Dade City, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.